*Frederick E. Weinberg,* respondent in person.

*Gabriel Kaslow* and *Jacob Goldberg,* respondent in person, and for Weil, Gotshal and Manges, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.

In the Matter of IRVING V. A. HUIE et al., Constituting the Board of Water Supply of the City of New York, Relative to Acquiring Title to Real Property for and on Behalf of the City of New York, in Delaware County, for the Purpose of Providing Additional Water for the City of New York. ADAR E. MERRILL et al., Respondents; CITY OF NEW YORK, Appellant.

Argued March 8, 1954; decided April 22, 1954.

*Adrian P. Burke, Corporation Counsel* (*Seymour B. Quel, Francis T. Murray, John H. McManus* and *Theodore R. Lee* of counsel), for appellant.

*Herman E. Gottfried* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of ALEXANDER TEITLER, Appellant, against McDERMOTT & McDONALD, Respondent.

Argued March 8, 1954; decided April 22, 1954.

